UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE B.,[1] | Case No. 5:23-cv-00856-SSC |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MARTIN J. O'MALLEY,[2] | |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed

---

[1] Plaintiff's name is partially redacted in accordance with Rule 5.2(c)(2)(B) of the Federal Rules of Civil Procedure and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] The Commissioner's name has been updated in accordance with the requirements of Rule 25(d) of the Federal Rules of Civil Procedure.

1 consistent with the Memorandum and Order filed concurrently
2 herewith.

4 DATED: August 30, 2024

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE